Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**                                                     MADE JS-6
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIN NAZEMZADEH,<br><br>              PLAINTIFF,<br>V.<br><br>IC SYSTEM, INC.,<br><br>              DEFENDANT. | Case No: CV10-3490 GW(MANx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>HON. GEORGE H. WU |

   Based upon the Parties Joint Motion For Dismissal, and good cause, this Court hereby orders the entire action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: August 30, 2010

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE